# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SUSAN JESMER d/b/a
NATIVE TRADING ASSOCIATES,

       Plaintiff,

vs.

       No. 08-CV-631 JCH/WDS

WEST COAST RESOURCES, LLC,
DONALD PACKINGHAM,
DELLA PACKINGHAM, and
DONNA WOODY,

       Defendants.

## ORDER

**THIS MATTER** came before the Court on Defendants' Motion to Dismiss or Stay Proceedings, filed September 2, 2008 [Doc. 14] and on Defendants' Motion for a Protective Order Staying Discovery and Deadlines, filed September 30, 2008 [Doc. 20]. Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which neither party filed objections, and being otherwise fully advised, I find that both motions should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss or Stay Proceedings, filed September 2, 2008 [Doc. 14], is DENIED and that Defendants' Motion for a Protective Order Staying Discovery and Deadlines, filed September 30, 2008 [Doc. 20], is DENIED as moot.

                                              HON. JUDITH C. HERRERA
                                              United States District Judge